UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JUSTEN F. SMITH,<br><br>                Defendant. | CASE NO. CR18-215 RSL<br><br>**ORDER REVOKING BOND AND DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

On September 24, 2018, the Court ordered defendant released. Defendant subsequently violated his conditions of release by failing to comply with the terms of his location monitoring and possession drug paraphernalia and controlled substances. The parties all agree defendant suffers from serious drug addiction. Defendant was previously placed at Mack House, a clean and sober facility that provides a structure living environment. He requests he be released to the home of a relative. The Court finds defendant's conduct makes him a danger to the community and a flight risk and that he is not a good candidate for supervision. The probation office proffered that defendant's behavior involved multiple instances of deliberate deception, and that

ORDER REVOKING BOND AND
DETENTION ORDER - 1

of the seven UA tests, defendant produced only one drug free sample. Given defendant's conduct, the Court concludes no conditions of release would ensure public safety or address risk of flight.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 31st day of October, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge